# EXHIBIT A



(http://www.collincountytx.gov)

Back to Case Search Results (/JudicialRecords/Case/Search?searchType=Case&caseTypes=CV%
2CFAM%2CPR&nodes=2&page=1&searchCriteria=471-02242-2020%7C%7C)

# Case Details

## Case History

**Case Number**
471-02242-2020

**Date Filed**
04/27/2020

**Case Type**
All Other Civil Cases

**Status**
Pending

**Style**
J.C. Penney Corporation, Inc. vs. Sephora USA, Inc.

**Judicial Officer**
Bouressa, Andrea in 471st District Court

## Parties

| Type | Name | DOB | Attorney | Address |
|---|---|---|---|---|
| Plaintiff | J.C. Penney Corporation, Inc. | | Jeremy A Fielding | Kirkland & Ellis LLP, 1601 Elm Street, Dallas, TX 75201 |
| Defendant | Sephora USA, Inc. | | Pro Se | |

## Case Events

| Date | Event | |
|---|---|---|
| 04/27/2020 | Plaintiff's Original Petition (OCA) $308.00 | Details |
| 04/27/2020 | Temporary Restraining Order | |
| 04/27/2020 | Bond Application Fee Collected $4.00 | |

| 04/27/2020 | Certificate of Cash Deposit in Lieu of Surety Bond | |
| 04/28/2020 | Letter | Details |
| 04/28/2020 | Request for Citation $8.00 | |
| 04/28/2020 | Request for Temporary Injunction $8.00 | |
| 04/28/2020 | Citation | |
| 04/28/2020 | Writ | |
| 05/13/2020 | Temporary Injunction | Details |

## Financial Summary

| Party Type | Charges | Payments | Balance |
| --- | --- | --- | --- |
| Plaintiff | $328.00 | $328.00 | $0.00 |

## Transactions

| Date | Amount | |
| --- | --- | --- |
| 04/27/2020 | $308.00 | Details |
| 04/27/2020 | ($308.00) | Details |
| 04/27/2020 | $4.00 | Details |
| 04/27/2020 | ($4.00) | Details |
| 04/28/2020 | $16.00 | Details |

Page 1 of 2

[First] [1] [2] [Last]

Back to Case Search Results (/JudicialRecords/Case/Search?searchType=Case&caseTypes=CV%2CFAM%2CPR&nodes=2&page=1&searchCriteria=471-02242-2020%7C%7C)



Copyright © 2020 Collin County Texas * All Rights Reserved * 972.548.4100 (McKinney) * 972.424.1460 (Metro)

Privacy & Accessibility (http://www.collincountytx.gov/Pages/privacy.aspx)