# EXHIBIT C

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| J. C. PENNEY CORPORATION, INC., | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CIVIL ACTION NO. _____ |
| | § |
| SEPHORA USA, INC., | § |
| | § |
| Defendant. | § |

## SEPHORA USA, INC.'S INFORMATION
## PROVIDED PURSUANT TO E.D. TEX. L.R. CV-81

Defendant Sephora USA, Inc. provides the following information pursuant to L.R. CV-81:

I.    <u>List of Parties and Case Status (L.R. CV-81(c)(1)).</u>

Plaintiff J.C. Penney Corporation, Inc., and Defendant Sephora USA, Inc., are the sole parties to this case. The State Court Action being removed is currently pending.

II.   <u>List of Attorneys (L.R. CV-81(c)(3)).</u>

Jeremy A. Fielding
Texas Bar No. 24040895
KIRKLAND & ELLIS LLP
1601 Elm Street
Dallas, Texas 75201
(214) 972-1770
*Attorney for J.C. Penney Corporation, Inc.*

Michael Kalis
Texas Bar No. 24092606
KIRKLAND & ELLIS LLP
1601 Elm Street
Dallas, Texas 75201
(214) 972-1770
*Attorney for J.C. Penney Corporation, Inc.*

    C. Scott Jones
      Texas Bar No. 24012922
      sjones@lockelord.com
    M. Taylor Levesque
      Texas Bar No. 24107296
      taylor.levesque@lockelord.com
    LOCKE LORD LLP
    2200 Ross Avenue, Suite 2800
    Dallas, Texas 75201
    T: (214) 740-8000
    F: (214) 740-8800
    *Attorney for Sephora USA, Inc.*

    Robert E. Shapiro (*pro hac vice* to be filed)
    Illinois ARDC No. 03125180
    BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP
    200 W. Madison St., Suite 3900
    Chicago, IL 60606
    (312) 984-3100
    *Attorney for Sephora USA, Inc.*

    Joshua W. Mahoney (*pro hac vice* to be filed)
    Illinois ARDC No. 6297094
    BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP
    200 W. Madison St., Suite 3900
    Chicago, IL 60606
    (312) 984-3100
    *Attorney for Sephora USA, Inc.*

III.    Record of Parties Requesting Jury Trial (L.R. CV-81(c)(4).

No party has requested a jury trial in the State Court Action or in this case.

IV.    Name and Address of Court from Which Case was Removed (L.R. CV-81(c)(5).

This case was removed from the District Court of Collin County, Texas, 471st Judicial District, which is located at 2100 Bloomdale Road, Suite 30276, McKinney, TX 75071.

DATED: May 1, 2020                    Respectfully submitted,

                                                  */s/ C. Scott Jones*
                                                  **C. Scott Jones**
                                                     Texas Bar No. 24012922
                                                     sjones@lockelord.com
                                                  **M. Taylor Levesque**
                                                     Texas Bar No. 24107296
                                                   taylor.levesque@lockelord.com
                                                  **LOCKE LORD LLP**
                                                  2200 Ross Avenue, Suite 2800
                                                  Dallas, Texas 75201
                                                  T: (214) 740-8000
                                                  F: (214) 740-8800

                                                  And

                                                  Robert E. Shapiro (*pro hac vice* to be filed)
                                                  Joshua W. Mahoney (*pro hac vice* to be filed)
                                                  BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP
                                                  200 W. Madison St., Suite 3900
                                                  Chicago, IL  60606
                                                  (312) 984-3100
                                                  rob.shapiro@bfkn.com
                                                  joshua.mahoney@bfkn.com

                                                  **ATTORNEYS FOR SEPHORA USA, INC.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 1, 2020, the foregoing document was served on the on the following via Texas e-file system pursuant to the Texas Rules of Civil Procedure:

Jeremy A. Fielding
Texas Bar No. 24040895
jeremy.fielding@kirkland.com Michael Kalis
Texas Bar No. 24092606
michael.kalis@kirkland.com
KIRKLAND & ELLIS LLP
1601 Elm Street
Dallas, Texas 75201
(214) 972-1770

ATTORNEYS FOR PLAINTIFF J. C. PENNEY CORPORATION, INC.

/s/ *C. Scott Jones*
C. Scott Jones