## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| J. C. PENNEY CORPORATION, INC., | § § | |
| Plaintiff, | § § § | Case No. 4:20-cv-364 |
| v. | § § | Hon. Amos Mazzant |
| SEPHORA USA, INC., | § § | |
| Defendant. | § § | |

## STIPULATION AND ORDER OF DISMISSAL

WHEREAS, J. C. Penney Corporation, Inc. ("JCP") and Sephora USA, Inc. ("Sephora") (together, the "Parties") have reached agreement on confidential terms to resolve this dispute (the "Settlement"), the Parties stipulate, and the Court Orders, that:

(1) Pursuant to the Settlement, this case is dismissed, with prejudice, the Parties to bear their own costs and attorneys' fees; and

(2) the Temporary Restraining Order entered by the District Court for Collin County, Texas, on April 27, 2020, is terminated by agreement in light of the Settlement.

**It is so ordered** this ___ day of May, 2020.

1

**STIPULATED AND AGREED TO BY:**

| | |
|---|---|
| **LOCKE LORD LLP** | **KIRKLAND & ELLIS LLP** |
| By  */s/ C. Scott Jones* | By  */s/ Jeremy A. Fielding* |
| C. Scott Jones | Jeremy A. Fielding |
| TX Bar No. 24012922 | Texas Bar No. 24040895 |
| M. Taylor Levesque | Michael Kalis |
| TX Bar No. 24107296 | Texas Bar No. 24092606 |
| 2200 Ross Avenue, Suite 2800 | 1601 Elm Street |
| Dallas, TX 75201 | Dallas, Texas 75201 |
| (214) 740-8000 | (214) 972-1770 |
| *Counsel for Sephora USA, Inc.* | *Counsel for J. C. Penney Corporation, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2020 the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Jeremy A. Fielding*
Jeremy A. Fielding